UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROUNDIN3RD SPORTS BAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD and SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendants. | Case No. 2:20-cv-05159 |

**PLAINTIFF'S NOTICE OF DISMISSAL OF**
**DEFENDANT THE HARTFORD**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Roundin3rd Sports Bar LLC, hereby dismisses all claims against Defendant The Hartford without prejudice. Plaintiff's remaining claims are against Sentinel Insurance Company, Limited.

Dated: August 12, 2020               Respectfully submitted,

/s/ Jake Douglass
Jake Douglass, Esquire
**DOUGLASS LAW**
292 S. La Cienega Blvd. Ste. 207
Beverly Hills, CA 90211
Telephone: 323-379-5890
Facsimile: 323-443-1913
jake@douglass.law.com

Arnold Levin, Esq.
Laurence Berman, Esq.
Frederick Longer, Esq.
Daniel C. Levin, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
alevin@lfsblaw.com
lberman@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com

Richard M. Golomb, Esq. Kenneth J. Grunfeld, Esq. **GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

Aaron Rihn, Esq.
**ROBERT PIERCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229
Facsimile: (412) 281-4229

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

*Counsel for Plaintiff*