Ashwin J. Ram (SBN 277513)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone:  (213) 439-9400
Facsimile:   (213) 439-9599

Sarah D. Gordon (*admitted pro hac vice*)
*sgordon@steptoe.com*
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue NW
Washington, District of Columbia 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Attorneys for Defendant Sentinel Insurance Company, Limited*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUNDIN3RD SPORTS BAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD; and SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendants. | Case No.:  2:20-cv-5159-SVW-PLA<br><br>**SENTINEL INSURANCE COMPANY, LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**Fed. R. Civ. P. 12(b)(6)**<br><br>The Honorable Stephen V. Wilson<br><br>Date:    December 14, 2020<br>Time:    1:30 p.m.<br>Ctrm:   10A<br><br>Complaint Filed:  June 10, 2020<br>Trial Date:  January 19, 2021 |

<u>**NOTICE OF MOTION AND MOTION TO DISMISS**</u>

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 14, 2020 at 1:30 p.m. in Courtroom 10A of this Court at 350 W. 1st Street, 10th Floor, Los Angeles, California 90012 Defendant Sentinel Insurance Company, Limited ("Sentinel") will and hereby does move the Court to dismiss with prejudice all claims against Sentinel asserted by Roundin3rd Sports Bar LLC in the above-captioned action under Federal Rule of Civil Procedure 12(b)(6).

Sentinel moves to dismiss this action on the grounds that there is no coverage under the insurance policy at issue and Plaintiff has failed to state a claim upon which relief can be granted.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below; Sentinel's Request for Judicial Notice and Exhibits thereto; any reply Sentinel may make; the pleadings and records in this action; and any other such matters, evidence, and arguments as may be presented at or prior to the hearing.

Dated:  November 12, 2020                Respectfully submitted,

                                        **STEPTOE & JOHNSON LLP**

                           By:   <u>*/s/ Ashwin J. Ram*</u>
                                     Ashwin J. Ram
                                     Sarah D. Gordon (admitted *pro hac vice*)

                                     *Counsel for Defendant Sentinel Inssurance Company, Limited*